**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:09cr114/MCR

CASEY LANE PENTON
WILLIAM CHRISTOPHER PENTON

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to this Court's consideration of the Plea Agreements pursuant to Fed. R. Crim. P. 11, the pleas of guilty of the Defendants, CASEY LANE PENTON and WILLIAM CHRISTOPHER PENTON, to Counts I and II of the Indictment are hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 24th day of December 2009.


　　　　　　　　　　　　　　*s/ M. Casey Rodgers*
　　　　　　　　　　　　　　**M. CASEY RODGERS
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**