IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


UNITED STATES OF AMERICA

vs.                                    Case No.:  3:09cr114/MCR
                                              3:11cv42/MCR/CJK

WILLIAM CHRISTOPHER PENTON
_____/

## REPORT AND RECOMMENDATION

This matter is before the court on defendant's motion for voluntary dismissal (doc. 133) of his amended motion to vacate, set aside, or correct sentence (doc. 101), filed pursuant to 28 U.S.C. § 2255.  The government has filed a response in opposition (doc. 107) to the amended motion to vacate.

FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2) provides that "an action may be dismissed at the [litigant's] request only by court order, on terms that the court considers proper."  Pursuant to RULE 41(a)(2), the court recommends that the motion for voluntary dismissal (doc. 133) be granted and the amended motion to vacate (doc. 101) be dismissed.

Accordingly, it is respectfully **RECOMMENDED**:

1.  That the motion for voluntary dismissal (doc. 133) be **GRANTED** and this action **DISMISSED** without prejudice.

2.  That the clerk be directed to close the file.


At Pensacola, Florida, this 12th day of January, 2012.



/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).