IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No.   3:09cr114/MCR
 3:11cv42/MCR/CJK

WILLIAM CHRISTOPHER PENTON

_____/

# O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 12, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B).  The court has reviewed the record, and no objections have been filed.  The court thus adopts the Recommendation as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion for voluntary dismissal (doc. 133) is GRANTED and this action is DISMISSED without prejudice.

**DONE AND ORDERED** this 18th day of February, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**